

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00355-CV

SOUTHWEST SECURITIES, FSB,            APPELLANTS
AND JOHN DONNALLY

V.

CENTER STREET STATION            APPELLEES
DOWNTOWN, LLC, AND BURK
COLLINS

------------

FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellants' "Appellants', Southwest Securities, FSB And John Donnally, Unopposed Motion To Dismiss Interlocutory Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellants, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).


PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:  January 10, 2013